# Exhibit A



August 15, 2022

John Prentis
Managing Principal
EDGEWOOD PARTNERS INSURANCE CENTER
1 CALIFORNIA ST STE 400
SAN FRANCISCO, CA 94111-5402

Re: Paper Bird Inc.
Excess Products
Policy Number 652453460
Expiration Date: 08/04/2023

Dear Mr Prentis,

We are pleased to enclose Policy Number 652453460 for Paper Bird Inc.. We trust that this policy meets with the specifications outlined in our quotation (number 6293090502).  Please review it carefully to confirm this.  Should you detect any problem, please contact me as soon as possible.

If commissions or other compensation are payable hereunder, Insurance Producer will comply with all applicable federal and state laws, rules, regulations and/or orders governing disclosure by an agent, broker or producer to an insured or prospective insured of commissions or other compensation.

We appreciate the opportunity to do business with Paper Bird Inc. and with you.  If you should have any comments, questions, or concerns, please do not hesitate to contact me.

Sincerely,

*Ashley Ruben*

Ashley Ruben
Underwriter
(312) 822-6790
ashley.ruben@cna.com



DECLARATIONS
EXCESS INSURANCE POLICY

| ACCOUNT NUMBER | 896755 |
|---|---|
| COVERAGE PROVIDED BY (hereafter Insurer) | Continental Casualty Company |
| POLICY NUMBER | 652453460 |

| Item 1: NAMED ENTITY AND PRINCIPAL ADDRESS | PRODUCER |
|---|---|
| Paper Bird Inc.<br>101 Second Street<br>Ste 200<br>San Francisco, CA  94105 | EDGEWOOD PARTNERS INSURANCE CENTER<br>1 CALIFORNIA ST STE 400<br>SAN FRANCISCO, CA  94111-5402 |
| Attn: | John  Prentis |

Item 2. **Policy Period**: 8/4/2022  To  8/4/2023

12:01 a.m. Standard Time at the Principal Address stated in Item 1.

Item 3. **Limit of Liability**

$5,000,000 maximum aggregate Limit of Liability under the Policy

Item 4. Schedule of **Underlying Insurance:**
A. **Followed Policy**

| Name of Carrier | Policy No | Limits | Ded/Ret Amount |
|---|---|---|---|
| Beazley Syndicates 2623/623 at Lloyd's | B0146ERINT2200905 | $5,000,000 | $0 |

B. **Underlying Excess Policies**:        *** SEE ATTACHED SCHEDULE ***

Item 5.  Policy Premium        $288,800

Item 6.  Notices of Claims:
CNA  – Claims Reporting
P.O. Box 8317
Chicago, IL 60680-8317
Email address: SpecialtyProNewLoss@cna.com
Fax Number: 866-773-7504

All other Notices:

Open Brokerage Global Specialty Lines
CNA Insurance Company
125 Broad Street – 8th Floor
New York, NY 10004

Item 7.  Endorsements forming a part of this Policy at inception:

| | | |
|---|---|---|
| GSL-14500-XXC | 2010-12-01 | Prior or Pending Exclusion Endorsement (Follow the Followed Policy, Except for a Date) |
| CNA-81753-XX | 2015-03-01 | Cap On Losses From Certified Acts Of Terrorism Endorsement |
| CNA-81758-XX | 2021-01-01 | Notice Offer Of Terrorism Coverage Disclosure Of Premium Confirmation Of Acceptance |
| CNA-75740-XX | 2013-08-01 | Amend Preamble Endorsement |
| CNA-82040-XX | 2015-04-01 | Amend Insuring Agreement By Removing Covered Endorsement |
| CNA-90206-XX | 2017-09-01 | Amend Maintenance of the Terms and Conditions of Underlying Insurance (InsurerÆs Consent) |
| GSL-23445-XX | 2010-12-01 | Amend Section IV Insurer Rights/Cooperation Clause |

These Declarations, along with the completed and signed Application, the Policy, and any written endorsements attached thereto shall constitute the contract between the Insureds and the Insurer.

Authorized Representative:     *[signature]*        Date:    August 15, 2022

**UNDERLYING EXCESS POLICY SCHEDULE**

| Name of Carrier | Policy No. | Limits | Excess of |
|---|---|---|---|
| QBE Insurance Corporation | 130003250 | $5,000,000 | $5,000,000 |

© CNA  All Rights Reserved.



**EXCESS INSURANCE POLICY**

**Words defined in the Followed Policy have the same meaning in this Policy even if not defined herein.  In consideration of the payment of the premium and in reliance upon the applications submitted to the Insurer or any insurer of the Underlying Insurance, and any other material submitted in connection with such applications (all of which are deemed attached hereto and made a part hereof) the Insurer and the Insureds agree as follows:**

### I. FOLLOW FORM EXCESS COVERAGE

The Insurer shall provide coverage in accordance with all of the terms, conditions and limitations (including, but not limited to the exclusions and notice requirements) of the policy scheduled in Item 4.A. of the Declarations (hereafter "**Followed Policy**") except as otherwise set forth herein.  Coverage hereunder shall attach only after all of the aggregate Limits of Liability, as set forth in Item 4. of the Declarations have been exhausted through payment of covered loss under all policies scheduled in Item 4. of the Declarations (hereafter "**Underlying Insurance**") by or on behalf of the insurers of such **Underlying Insurance**, or by or on behalf of the Insureds.  The risk of uncollectibility of any **Underlying Insurance** (in whole or in part), whether because of financial impairment or insolvency of an underlying insurer or for any other reason, is expressly retained by the Insureds and is not insured by or assumed by the Insurer.

### II. LIMIT OF LIABILITY

The amount set forth in Item 3. of the Declarations shall be the maximum aggregate Limit of Liability of the Insurer for all loss under this Policy, regardless of the number of claims made against the Insureds or the time of payment and regardless of whether or not an extended reporting period applies.  If the Limit of Liability under this Policy is exhausted by payment of loss, the Insurer's obligations under this Policy shall be deemed completely fulfilled and extinguished.

### III. CHANGES TO UNDERLYING INSURANCE/DEPLETION OF SUB-LIMITS

If, subsequent to the inception date of this Policy, there is a change to any **Underlying Insurance** which expands coverage, then this Policy shall become subject to such change only if the Insurer agrees thereto by written endorsement to this Policy.  If any loss under any **Underlying Insurance** is subject to a sub-limit, then this Policy provides no coverage excess of such **Underlying Insurance** sub-limit, but the **Underlying Insurance** shall be deemed depleted by payment of any such sub-limit.

### IV. INSURER RIGHTS/COOPERATION CLAUSE

The Insurer has the same rights and protections as has the insurer of the **Followed Policy** and has the right, but not the obligation, at its sole discretion, to elect to participate in the investigation, settlement, prosecution or defense of any claim reasonably likely to attach to and be covered under this Policy or any **Underlying Insurance,** even if the **Underlying Insurance** has not been exhausted.  The Insureds shall cooperate with the Insurer in such investigation, settlement, prosecution or defense and shall do nothing that prejudices the Insurer's position or rights of recovery.

### V. NOTICES

Where notice is permitted or required by the **Followed Policy**, the Insureds have the same rights and obligations to notify the Insurer under this Policy, except that such notice shall be given to the Insurer at the applicable address specified in Item 6. of the Declarations.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be executed by its Chairman and Secretary, but this Policy shall not be binding upon us unless completed by the attachment of the Declarations:

Chairman                                                                                                  Secretary



**PRIOR OR PENDING EXCLUSION ENDORSEMENT**
**(Follow the Followed Policy, Except for a Date)**

In consideration of the premium charged, it is understood and agreed the following new exclusion is added to the Policy:

**PRIOR OR PENDING EXCLUSION**

Notwithstanding any provisions of the **Underlying Insurance**, the Insurer shall not be liable to make payment for loss in connection with any claim made against the Insureds as set forth in the declarations of the **Followed Policy**, except that the following date shall replace the prior or pending date of such Exclusion:

8/4/2022


All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.



**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
ENDORSEMENT**

It is understood and agreed as follows:

Whenever used in this endorsement, 1) "we" means the insurer listed on Declarations or the Certificate of Insurance, as applicable; and 2) "you" means the first person or entity named on the Declarations or the Certificate of Insurance, as applicable.

**A.  Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism pursuant to the Terrorism Risk Insurance Act, as extended and reauthorized (the "Act"). The criteria contained in the Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.  Application of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA81753XX (3-15)                                                                              Policy No:              652453460
Page 1                                                                                                  Endorsement No:    2
Continental Casualty Company                                                           Effective Date:        08/04/2022
Insured Name: Paper Bird Inc.

© CNA  All Rights Reserved.



**Policy Holder Notice – Country Wide**

# IMPORTANT INFORMATION

## NOTICE - OFFER OF TERRORISM COVERAGE;

## DISCLOSURE OF PREMIUM

**THIS NOTICE DOES NOT FORM A PART OF THE POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

As used herein, 1) "we" means the insurer listed on the Declarations or the Certificate of Insurance, as applicable; and 2) "you" means the first person or entity named on the Declarations or the Certificate of Insurance, as applicable. You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally, the Act provided that to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 re-authorization of the Act removed the requirement that the act of terrorism must be committed by or on behalf of a foreign interest, and now certified acts of terrorism may encompass, for example, a terrorist act committed against the United States government by a United States citizen, when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you the ability to purchase coverage for losses resulting from an act of terrorism that is certified under the federal program. The other provisions of this policy, including nuclear, war or military action exclusions, will still apply to such an act.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The Department of the Treasury will pay a share of terrorism losses insured under the federal program. Beginning in 2020, the federal share equals 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

LIMITATION ON PAYMENT OF TERRORISM LOSSES

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

Further, this coverage is subject to a limit on our liability pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

CONFIRMATION OF ACCEPTANCE OF COVERAGE

In accordance with the Act, we offered you coverage for losses resulting from an act of terrorism that is certified under the federal program. This notice confirms that you have chosen to accept our offer of coverage for certified

|  | **Policy Holder Notice – Country Wide** |
|---|---|

acts of terrorism. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage, if any, is shown separately on the Declarations or the Certificate of Insurance, as applicable.



**AMEND PREAMBLE ENDORSEMENT**

It is understood and agreed that the preamble of the Policy is deleted in its entirety and is replaced with the following:

**Words defined in the Followed Policy have the same meaning in this Policy even if not defined herein. In consideration of the payment of the premium and in reliance upon the Application as defined by the Followed Policy (which is deemed attached hereto and made a part hereof) the Insurer and the Insureds agree as follows:**

All other terms and conditions of the Policy remain unchanged.

| This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy. |
|---|

CNA75740XX (8-13)  
Page 1  
Continental Casualty Company  
Insured Name: Paper Bird Inc.

Policy No:  652453460  
Endorsement No:  4  
Effective Date:  08/04/2022

© CNA  All Rights Reserved.



**AMEND INSURING AGREEMENT BY REMOVING COVERED ENDORSEMENT**

In consideration of the premium paid, it is hereby understood and agreed that Section **I. FOLLOW FORM EXCESS COVERAGE** is deleted in its entirety and replaced with the following:

The Insurer shall provide coverage in accordance with all of the terms, conditions and limitations (including, but not limited to the exclusions and notice requirements) of the policy scheduled in Item 4.A. of the Declarations (hereafter "**Followed Policy**") except as otherwise set forth herein. Coverage hereunder shall attach only after all of the aggregate Limits of Liability, as set forth in Item 4. of the Declarations have been exhausted through payment of loss under all policies scheduled in Item 4. of the Declarations (hereafter "**Underlying Insurance**") by or on behalf of the insurers of such **Underlying Insurance**, or by or on behalf of the Insureds. The risk of uncollectibility of any **Underlying Insurance** (in whole or in part), whether because of financial impairment or insolvency of an underlying insurer or for any other reason, is expressly retained by the Insureds and is not insured by or assumed by the Insurer.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

| | |
|---|---|
| CNA82040XX (4-15) | Policy No:  652453460 |
| Page 1 | Endorsement No:  5 |
| Continental Casualty Company | Effective Date:  08/04/2022 |
| Insured Name: Paper Bird Inc. | |

© CNA  All Rights Reserved.



**AMEND MAINTENANCE OF THE TERMS AND CONDITIONS OF UNDERLYING INSURANCE**
**(INSURER'S CONSENT)**

In consideration of the premium charged, it is understood and agreed that Section III. **CHANGES TO UNDERLYING INSURANCE/DEPLETION OF SUB-LIMITS** is amended by deleting the first sentence in its entirety and replacing it as follows:

> If, subsequent to the inception date of this Policy, there is a change to any **Underlying Insurance** which expands coverage, then this Policy shall become subject to such change only if the Insurer agrees thereto by written endorsement to this Policy, such consent will not be unreasonably withheld.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

| | |
|---|---|
| CNA90206XX (9-17) | Policy No:  652453460 |
| Page 1 | Endorsement No:  6 |
| Continental Casualty Company | Effective Date:  08/04/2022 |
| Insured Name: Paper Bird Inc. | |

© CNA  All Rights Reserved.



**AMEND SECTION IV. INSURER RIGHTS/COOPERATION CLAUSE**

In consideration of the premium paid for this policy, it is agreed that Section **IV. INSURER RIGHTS/ COOPERATION CLAUSE** is deleted and replaced with the following:

IV. **INSURER RIGHTS/COOPERATION CLAUSE**

The Insurer has the same rights and protections as has the insurer of the **Followed Policy** and has the right, but not the obligation, at its sole discretion, to elect to participate in the investigation, settlement, prosecution or defense of any claim reasonably likely to attach to and be covered under this Policy, even if the **Underlying Insurance** has not been exhausted. The Insureds shall cooperate with the Insurer in such investigation, settlement, prosecution or defense and shall do nothing that prejudices the Insurer's position or rights of recovery.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.