UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL BANKMAN-FRIED, an individual,

Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY,

Defendant(s).

Case No. 5:23-cv-05048

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Douglas James Pepe, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Samuel Bankman-Fried in the above-entitled action. My local co-counsel in this case is Marc R. Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 233306.

COHEN & GRESSER LLP
800 Third Avenue, New York, NY 10022
MY ADDRESS OF RECORD

(212) 957 7600
MY TELEPHONE # OF RECORD

DPepe@CohenGresser.com
MY EMAIL ADDRESS OF RECORD

LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 800-0590
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mlewis@lewisllewellyn.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3029337.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: October 3, 2023                                    Douglas James Pepe
                                                              APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Douglas James Pepe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 3, 2023

_____Susan van Keulen_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE