LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Zachary Flood (Bar No. 312616)
zflood@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 800-0590

COHEN & GRESSER LLP
Douglas J. Pepe *(Pro Hac Vice)*
dpepe@cohengresser.com
Benjamin Zhu *(Pro Hac Vice)*
bzhu@cohengresser.com
800 Third Avenue
New York, New York 10022
Telephone:    (212) 957-7600

Attorneys for Plaintiff
SAMUEL BANKMAN-FRIED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAMUEL BANKMAN-FRIED, an individual, | Case No. 5:23-cv-05048 |
|---|---|
| Plaintiff, | **PLAINTIFF SAMUEL BANKMAN-FRIED'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |
| v. | |
| CONTINENTAL CASUALTY COMPANY, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Samuel Bankman-Fried, by and through undersigned counsel, hereby provides notice of dismissal, with prejudice, of his claims against Defendant Continental Casualty Company.

Dated: November 6, 2023

LEWIS & LLEWELLYN LLP

By: /s/ *Marc R. Lewis*
    Marc R. Lewis
    Zachary C. Flood

COHEN & GRESSER LLP

    Douglas J. Pepe *(Pro Hac Vice)*
    Benjamin Zhu *(Pro Hac Vice)*

Attorneys for Plaintiff
SAMUEL BANKMAN-FRIED